Form **CLOSBKN** (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Hygge Supply, Inc.**<br>3671 S. Sunrise Lane<br>Lake Leelanau, MI 49653<br>Tax ID: 81–1754195<br><br>**Debtor** | **Case Number 23–00468–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# NOTICE OF CHAPTER 7 CASE CLOSED
# WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

    The debtor(s) are not eligible for discharge pursuant to Section 727(a)(8) of the Bankruptcy Code.



Michelle M. Wilson
Clerk of Court

**Dated:** August 22, 2023